UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324
FRINGE BENEFIT FUNDS and TRUSTEES
OF THE OPERATING ENGINEERS' LOCAL          Case No. 01-74224
324 FRINGE BENEFIT FUNDS,                  Hon. Robert H. Cleland
      Plaintiffs,
v

YORK UTILITIES, INC. and THOMAS A.
YORK,
      Defendants.
                                       /

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR AND RESTRAINING
TRANSFER OF CERTAIN PROPERTY SUPPLEMENTARY TO JUDGMENT

**Thomas A. York**

THIS MATTER having come before the Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said Motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises,

NOW THEREFORE, upon motion of Erman, Teicher, Miller, Zucker & Freedman, P.C., co-counsel for Plaintiffs,

IT IS ORDERED that Thomas A. York ("Defendant")., whose last known address is 5340 Franklin Rd, Bloomfield Hills, MI 48302, appear at the offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on **Tuesday, March 23, 2009 at 10:30 a.m.** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against him on April 27, 2005.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records and papers in his possession, custody or control:

1. All checkbooks, check registers, check stubs, cancelled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendant has or has had any interest, at any time during the three (3) years immediately preceding the date hereof;

2. Copies of all returns, schedules and forms filed by or on behalf of Defendant with the Internal Revenue Service, State of Michigan and any municipal governments, relating to any income received, property owned, business activities, sales or intangibles tax, of defendants at any and all times during the period of three (3) years immediately preceding the date hereof;

3. List of assets and liabilities;

4. All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by, or on behalf of, Defendant at any time during the five (5) years immediately preceding the date hereof;

IT IS FURTHER ORDERED Defendant is restrained from transferring or disposing of any property, whether now owned or hereafter acquired by, or becoming due to, Defendant until further order of this Court.  This order does not apply to property exempt by law from application to the satisfaction of the Judgment.

DATED: 12/23/12009                               _s/Robert H; Cleland_____
                                                  UNITED STATES DISTRICT JUDGE